**Rodney Forbes MITCHELL,**
**Plaintiff–Appellant,**

v.

**SAN DIEGO COUNTY SHERIFF;**
**et al., Defendants–Appellees.**

No. 00–56944.

D.C. No. CV–99–01824–NAJ.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2001.*

Decided Aug. 30, 2001.

Before HAWKINS, TASHIMA, and GOULD, Circuit Judges.

## MEMORANDUM **

Rodney Forbes Mitchell appeals pro se the district court's order denying his motion for reconsideration of the judgment dismissing his civil rights action. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion the district court's order denying a motion for reconsideration, *Shalit v. Coppe,* 182 F.3d 1124, 1127 (9th Cir.1999), and we affirm.

Because Mitchell failed to meet his burden of showing (1) mistake, surprise, or excusable neglect, (2) newly discovered evidence, (3) fraud, (4) a void judgment, (5) a satisfied or discharged judgment, or (6) extraordinary circumstances which would justify relief, the district court did not err

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

by denying Mitchell's motion for reconsideration. *See Sch. Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir.1993).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

